UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-01829-SK                                Date: June 9, 2025

Title      Michael Giordano v. EMI Blackwood Music Inc. et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL
FOR LACK OF PROSECUTION**

        For the reason indicated below, Plaintiff is ordered to show cause on or before
**June 23, 2025** why Defendants Songs of Universal, Inc., Reach Music Publishing, Inc.,
Aftermath Entertainment, Interscope Records, Marshall Mathers III, Bryan Fryzel,
Aaron Kleinstub, Bleta Rexha, and Maki Athanasiou should not be dismissed for lack of
prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to
dismiss for lack of prosecution on its own motion).

        Absent a showing of good cause, an action must be dismissed without prejudice if
the summons and complaint are not served on a Defendant within 90 days after the
complaint is filed.  Plaintiff has failed to file a proof of service within 90 days of the filing
of the Complaint on the indicated Defendants.  Plaintiff can satisfy this order by
showing that service was effectuated within the 90 day deadline or by showing good
cause for the failure to do so.  Fed. R. Civ. P. 4(m).

        Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that
this matter is appropriate for submission without oral argument.  The Order to Show
Cause will stand submitted upon the filing of Plaintiff's response.  Failure to respond to
this Order to Show Cause will be deemed consent to the dismissal of the indicated
Defendants.

IT IS SO ORDERED.